UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

21 MAY 20 PM 4:19

UNITED STATES OF AMERICA,                                                                Plaintiff,

v.                                                              Criminal Action No. 3:18-cr-145-DJH

JAMES TERRY WOOD, JR.,                                                                  Defendant.

* * * * *

**INSTRUCTION NO. 32**

Normally, your service would be complete at this point.  In this case, however, there is one more task for you to complete.  For reasons that do not concern you and about which you should not speculate, Count 3 in the indictment was separated from Counts 1 and 2 for the purposes of the trial.  However, now that you have reached a decision as to Counts 1 and 2, you are being asked to consider Count 3.

Count 3 of the indictment charges the defendant with being a convicted felon in possession of a firearm.  To prove that the defendant possessed a firearm as a convicted felon, the United States must prove beyond a reasonable doubt:

First, that he has been convicted of a crime punishable by imprisonment for more than one year.

Second, that following his conviction, he knowingly possessed the firearm specified in the indictment.

And third, that this specified firearm crossed a state line prior to the alleged possession.

Now, members of the jury, we are going to proceed forward with the next phase.

1

**INSTRUCTION NO. 33**

Count 3 of the indictment charges the defendant with being a convicted felon in possession of a firearm.  For you to find the defendant guilty of this crime, you must find the following elements beyond a reasonable doubt:

First, that the defendant has been convicted of a crime punishable by imprisonment for more than one year.

The government and the defendant have agreed, or stipulated, to certain facts.  Therefore, you must accept the following stipulated facts as proved.  Prior to March 22, 2019, Defendant James Terry Wood, Jr. had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is, a felony offense.  Furthermore, prior to March 22, 2019, James Terry Wood knew his status as a convicted felon and knew it was illegal for him to possess a firearm.  The parties do not dispute this fact.

Second, that the defendant, following his conviction, knowingly possessed the firearm specified in the indictment.

The government and the defendant have agreed, or stipulated, to certain facts.  Therefore, you must accept the following stipulated fact as proved.  Wood stipulates that the Browning Arms, Pro-40, .40 Caliber handgun, bearing serial number 51CMT01087, meets the federal definition of a "firearm."

Third, that the specified firearm crossed a state line prior to the alleged possession.  It is sufficient for this element to show that the firearm was manufactured in a state other than Kentucky.

The government and the defendant have agreed, or stipulated, to certain facts.  Therefore, you must accept the following stipulated fact as proved.  Defendant stipulates that the Browning

Arms, Pro-40, .40 Caliber handgun, bearing serial number 51CMT01087, was not manufactured within the Commonwealth of Kentucky and, therefore, moved in interstate commerce.

Now I will give you more detailed instructions on some of these elements.

The term "firearm" means any weapon which will or is designed to or may readily be converted to expel a projectile by the action of an explosive.

The term "knowingly" means voluntarily and intentionally and not because of mistake or accident.

If you are convinced that the government has proved all of these elements, say so by returning a verdict of guilty on this charge. If you have a reasonable doubt about any one of these elements, then you must find the defendant not guilty of this charge.

**INSTRUCTION NO. 34**

In considering Count 3, please recall the evidence you have already seen and the instructions I gave you approximately three hours ago before you deliberated as to Counts 1 and 2. Those prior instructions apply to Count 3 as well. Because I just read them to you, it is not necessary to repeat them now. You will receive a copy of the prior instructions along with these new instructions. You should record your verdict as to Count 3 on the verdict form attached at the end of these new instructions. And the verdict form simply permits you to find, we, the jury, find the defendant as to Count 3 guilty or not guilty.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                          Plaintiff,

v.                                                    Criminal Action No. 3:18-cr-145-DJH

JAMES TERRY WOOD, JR.,                                            Defendant.

\* \* \* \* \*

## VERDICT FORM

We, the jury, find the defendant,

As to Count 3:

GUILTY_____                    NOT GUILTY_____